**IT IS ORDERED as set forth below:**



**Date: May 2, 2019**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| EMBA Transportation, Inc., | ) | CASE NO. 18-68814-wlh |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING MOTION FOR ORDER AUTHORIZING DEBTOR
### TO ENTER INTO EXECUTORY CONTRACT

This matter came before the Court on Debtor's Motion for Order Authorizing Debtor to Enter into Executory Contract with Universal Truckload, Inc. (the "Motion"). A hearing was held on the Motion on March 28, 2019. No party opposed the relief sought in the Motion. Based upon the presentation of counsel and for good cause shown, it is hereby

ORDERED THAT the Motion is **GRANTED**.

IT IS FURTHER ORDERED that EMBA Transportation, Inc. is hereby authorized to

enter into the Agreement[1] with Universal Truckload, Inc. as attached to the Motion, and the Court approves the terms of the Agreement only as to the trucks with VINs ending in 6907 and 6910.

-END OF DOCUMENT-

Prepared and presented by:

By:  /s/  Will B. Geer
Will B. Geer
Georgia Bar No. 940493


50 Hurt Plaza, SE, Suite 1245
Atlanta, Georgia 30303
(404) 233-9800 (telephone)
(404) 287-2767 (facsimile)
wgeer@wiggamgeer.com (e-mail)
Attorney for the Debtor and Debtor-in-possession

---

[1] Capitalized terms in this Order shall have the same meaning as they do in the Motion.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-68814-wlh<br>Northern District of Georgia<br>Atlanta<br>Thu May  2 07:22:14 EDT 2019 | 6th Avenue Capital<br>420 Lexington Avenue 24th Floor<br>New York, NY 10170-2403 | 800fund.com, LLC<br>30 Broad St 28th Floor<br>New York, NY 10004-2956 |
| AIM Transportation Solutions<br>1500 Trumbull Avenue<br>Girard, OH 44420-3453 | Advantage Funding Commercial Capital Corpora<br>c/o Thompson Hine LLP<br>3560 Lenox Road NE Ste 1600<br>Atlanta, GA 30326-4274 | Advantage Funding Commercial Capital Corpora<br>c/o Thompson Hine LLP,<br>Attn: Scott E. Prince<br>3900 Key Center, 127 Public Square<br>Cleveland, OH 44114 |
| Ariel Bouskila Esq<br>5 Hanover Square, Suite 2102<br>New York, NY 10004-2635 | Axon Development Corporation<br>c/o The Company Corporation<br>251 Little Falls Drive<br>Wilmington, DE 19808-1674 | BMW Bank of North America<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| BMW Financial Services NA, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Berkshire Hathaway Homestate Companies<br>c/o Jonathan Neil and Assoc. Inc.<br>PO Box 7000<br>Tarzana CA 91357-7000 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Comdata<br>5301 Maryland Way<br>Brentwood, TN 37027-5028 | Commercial Credit Group<br>Morris, Manning & Martin<br>c/0 Wendy Godfrey<br>3343 Peachtree Road N.E., Suite 1600<br>Atlanta, GA 30326-2400 | Commercial Credit Group, Inc.<br>c/o David W. Cranshaw, Esq.<br>Morris, Manning & Martin, LLP<br>3343 Peachtree Road, NE<br>1600 Atlanta Financial Center<br>Atlanta, GA 30326 |
| Thomas Wayne Dworschak<br>Office of the U. S. Trustee<br>Room 362<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 | EMBA Transportation, Inc.<br>2420 Kinmor Industrial Parkway<br>Conyers, GA 30012-3471 | Electronic Funds Source, LLC<br>1104 Country Hills Drive  Suite 700<br>Ogden, UT 84403-2435 |
| Erik Schmucker<br>213 Highland Est<br>Commerce, GA 30529-1506 | Ervin Leasing, LLC<br>c/o E. Duane Jones<br>5102 Covington Highway<br>Decatur, GA 30035-2023 | First Insurance Funding Corp<br>450 Skokie Boulevard, Suite 1000<br>Northbrook, IL 60062-7917 |
| Kenneth Bradley Franklin<br>Duane Morris LLP<br>Suite 2000<br>1075 Peachtree Street NE<br>Atlanta, GA 30309-3929 | Freight Factoring Specialists, LLC<br>3284 N. 29th Ct.<br>Hollywood, FL 33020-1320 | Funding Strategy Partners, LLC<br>120 West 45th Street<br>New York, NJ 10036-4195 |
| Funding Strategy Partners, LLC<br>5 Hanover Square, Suite 2102<br>New York, NY 10004-2635 | Will B. Geer<br>Wiggam & Geer, LLC<br>Suite 1245<br>50 Hurt Plaza SE<br>Atlanta, GA 30303-2916 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Georgia Department of Revenue<br>1800 Century Center Blvd, Suite 15108<br>Atlanta, GA 30345 | Gwendolyn J Godfrey<br>Morris Manning & Martin LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road NE<br>Atlanta, GA 30326-1085 | Help, Inc.<br>510 Parkland Drive<br>Sandy, UT 84070-6419 |

```
Germani Gabrielle Hunt              INTERNAL REVENUE SERVICE          Internal Revenue Service
Sissac Legal Group P.C.             P O BOX 7346                      P. O. Box 7346
6595 Roswell Rd., Ste. G            2970 MARKET STREET                Philadelphia, PA 19101-7346
PMB 90656                           PHILADELPHIA, PA. 19104-5002
Atlanta, GA 30328-3152


Internal Revenue Service            JB&B Capital, LLC                 JB&B Capital, LLC
CIO                                 1111 Northshore Drive P-270       Duane Morris LLP c/o Ken Franklin
P.O. Box 7346                       Knoxville, TN 37919-2801          1075 Peachtree Street NE, Ste 2000
Philadelphia, PA 19101-7346                                           Atlanta, GA 30309-3929


Kash Capital                        MHC Truck                         Daniel M. McDermott
c/o Jason Gang, Esq.                1600 N Corrington                 United States Trustee
No. 478                             Kansas City, MO 64120-1946        362 Richard Russsell Bldg Reg. 21
1245 Hewlett Plaza                                                    75 Ted Turner Drive, S.W.
Hewlett NY 11557-4000                                                 Atlanta, GA 30303-3315


Murphy-Hoffman Company, Inc         Garrett A. Nail                   New State Capital Partners
1524 North Corrington Street        Thompson Hine, LLP                2001 Palmer Ave Suite 205
Kansas City, MO 64120-1944          Suite 1600, Two Alliance Center   Larchmont, NY 10538-2420
                                    3560 Lenox Road
                                    Atlanta, GA 30326-4274


New State Funding, LLC              Penske Truck Leasing              Penske Truck Leasing Co., L.P.
120 West 45th Street                Route 10 Green Hills              PO Box 563
New York, NY 10036-4195             PO Box 391                        Reading, PA 19603-0563
                                    Reading, PA 19603-0391


Pilot Travel Centers, LLC           Quality Leasing                   Retail Capital, LLC
The Corporation Trust Company       9702 East 30th Street             1250 Kirts Blvd, Suite 100
CORPORATION TRUST CENTER 1209 ORANGE ST  Indianapolis, IN 46229-1030  Troy, MI 48084-4737
Wilmington, DE 19801-1196


Secretary of the Treasury           Sterling National Bank            Sterling National Bank
15th & Pennsylvania Avenue, NW      1 Marcus Avenue                   400 Rella Blvd
Washington, DC 20200                Lake Success, NY 11042-1137       Montebello, NY 10901-4241


U. S. Securities and Exchange Commission  Unifi Equipment Finance     United States Attorney
Office of Reorganization            3893 Research Park Dr.            Northern District of Georgia
Suite 900                           Ann Arbor, MI 48108-2217          75 Ted Turner Drive SW, Suite 600
950 East Paces Ferry Road, NE                                         Atlanta GA 30303-3309
Atlanta, GA 30326-1382
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue       (d)Georgia Department of Revenue
1800 Century Blvd NE. Ste. 9100     Bankruptcy Section
Atlanta, Ga. 30345                  P.O. Box 161108
                                    Atlanta, GA 30321-0000
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JB&B Capital, LLC

End of Label Matrix
Mailable recipients    53
Bypassed recipients     1
Total                  54