**IT IS ORDERED as set forth below:**


**Date: May 2, 2019**

*Wendy L. Hagenau*
_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| EMBA Transportation, Inc., | ) | CASE NO. 18-68814-wlh |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION FOR ORDER AUTHORIZING DEBTOR**
**TO ENTER INTO EXECUTORY CONTRACT**

This matter came before the Court on Debtor's Motion for Order Authorizing Debtor

to Enter into Executory Contract with Universal Truckload, Inc. (the "Motion"). A hearing

was held on the Motion on March 28, 2019. No party opposed the relief sought in the Motion.

Based upon the presentation of counsel and for good cause shown, it is hereby

ORDERED THAT the Motion is **GRANTED**.

IT IS FURTHER ORDERED that EMBA Transportation, Inc. is hereby authorized to

enter into the Agreement[1] with Universal Truckload, Inc. as attached to the Motion, and the

Court approves the terms of the Agreement only as to the trucks with VINs ending in 6907

and 6910.

-END OF DOCUMENT-

Prepared and presented by:

By: ___/s/  Will B. Geer
Will B. Geer
Georgia Bar No. 940493


50 Hurt Plaza, SE, Suite 1245
Atlanta, Georgia 30303
(404) 233-9800 (telephone)
(404) 287-2767 (facsimile)
wgeer@wiggamgeer.com (e-mail)
Attorney for the Debtor and Debtor-in-possession

---

[1] Capitalized terms in this Order shall have the same meaning as they do in the Motion.

```
Label Matrix for local noticing        8th Avenue Capital                       800fund.com, LLC
113E-1                                  420 Lexington Avenue 24th Floor          30 Broad St 28th Floor
Case 18-68814-wlh                       New York, NY 10170-2403                  New York, NY 10004-2956
Northern District of Georgia
Atlanta
Thu May  2 07:22:14 EDT 2019

AIM Transportation Solutions            Advantage Funding Commercial Capital Corpora    Advantage Funding Commercial Capital Corpora
1500 Trumbull Avenue                    c/o Thompson Hine LLP                    c/o Thompson Hine LLP,
Girard, OH 44420-3453                   3560 Lenox Road NE Ste 1600             Attn: Scott E. Prince
                                        Atlanta, GA 30326-4274                  3900 Key Center, 127 Public Square
                                                                                Cleveland, OH 44114

Ariel Bouskila Esq                      Axon Development Corporation            BMW Bank of North America
5 Hanover Square, Suite 2102            c/o The Company Corporation             4515 N Santa Fe Ave. Dept. APS
New York, NY 10004-2635                 251 Little Falls Drive                  Oklahoma City, OK 73118-7901
                                        Wilmington, DE 19808-1674

BMW Financial Services NA, LLC          Berkshire Hathaway Homestate Companies  Capital One Bank (USA), N.A.
4515 N Santa Fe Ave. Dept. APS         c/o Jonathan Neil and Assoc. Inc.       by American InfoSource as agent
Oklahoma City, OK 73118-7901           PO Box 7000                             4515 N Santa Fe Ave
                                        Tarzana CA 91357-7000                   Oklahoma City, OK 73118-7901

Comdata                                 Commercial Credit Group                 Commercial Credit Group, Inc.
5301 Maryland Way                       Morris, Manning & Martin                c/o David W. Cranshaw, Esq.
Brentwood, TN 37027-5028               c/0 Wendy Godfrey                       Morris, Manning & Martin, LLP
                                        3343 Peachtree Road N.E., Suite 1600    3343 Peachtree Road, NE
                                        Atlanta, GA 30326-2400                  1600 Atlanta Financial Center
                                                                                Atlanta, GA 30326

Thomas Wayne Dworschak                  EMBA Transportation, Inc.               Electronic Funds Source, LLC
Office of the U. S. Trustee             2420 Kinmor Industrial Parkway          1104 Country Hills Drive  Suite 700
Room 362                                Conyers, GA 30012-3471                  Ogden, UT 84403-2435
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

Erik Schmucker                          Ervin Leasing, LLC                      First Insurance Funding Corp
213 Highland Est                        c/o E. Duane Jones                      450 Skokie Boulevard, Suite 1000
Commerce, GA 30529-1506                5102 Covington Highway                  Northbrook, IL 60062-7917
                                        Decatur, GA 30035-2023

Kenneth Bradley Franklin                Freight Factoring Specialists, LLC      Funding Strategy Partners, LLC
Duane Morris LLP                        3284 N. 29th Ct.                        120 West 45th Street
Suite 2000                              Hollywood, FL 33020-1320                New York, NJ 10036-4195
1075 Peachtree Street NE
Atlanta, GA 30309-3929

Funding Strategy Partners, LLC          Will B. Geer                           (p)GEORGIA DEPARTMENT OF REVENUE
5 Hanover Square, Suite 2102            Wiggam & Geer, LLC                      COMPLIANCE DIVISION
New York, NY 10004-2635                Suite 1245                              ARCS BANKRUPTCY
                                        50 Hurt Plaza SE                        1800 CENTURY BLVD NE SUITE 9100
                                        Atlanta, GA 30303-2916                  ATLANTA GA 30345-3202

Georgia Department of Revenue           Gwendolyn J Godfrey                     Help, Inc.
1800 Century Center Blvd, Suite 15108   Morris Manning & Martin LLP             510 Parkland Drive
Atlanta, GA 30345                       1600 Atlanta Financial Center           Sandy, UT 84070-6419
                                        3343 Peachtree Road NE
                                        Atlanta, GA 30326-1085
```

Germani Gabrielle Hunt
Sissac Legal Group P.C.
6595 Roswell Rd., Ste. G
PMB 90656
Atlanta, GA 30328-3152

INTERNAL REVENUE SERVICE
P. O. BOX 7346
2970 MARKET STREET
PHILADELPHIA, PA. 19104-5002

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

JB&B Capital, LLC
1111 Northshore Drive P-270
Knoxville, TN 37919-2801

JB&B Capital, LLC
Duane Morris LLP c/o Ken Franklin
1075 Peachtree Street NE, Ste 2000
Atlanta, GA 30309-3929


Kash Capital
c/o Jason Gang, Esq.
No. 478
1245 Hewlett Plaza
Hewlett NY 11557-4000

MHC Truck
1600 N Corrington
Kansas City, MO 64120-1946

Daniel M. McDermott
United States Trustee
362 Richard Russsell Bldg Reg. 21
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3315


Murphy-Hoffman Company, Inc
1524 North Corrington Street
Kansas City, MO 64120-1944

Garrett A. Nail
Thompson Hine, LLP
Suite 1600, Two Alliance Center
3560 Lenox Road
Atlanta, GA 30326-4274

New State Capital Partners
2001 Palmer Ave Suite 205
Larchmont, NY 10538-2420


New State Funding, LLC
120 West 45th Street
New York, NY 10036-4195

Penske Truck Leasing
Route 10 Green Hills
PO Box 391
Reading, PA 19603-0391

Penske Truck Leasing Co., L.P.
PO Box 563
Reading, PA 19603-0563


Pilot Travel Centers, LLC
The Corporation Trust Company
CORPORATION TRUST CENTER 1209 ORANGE ST
Wilmington, DE 19801-1196

Quality Leasing
9702 East 30th Street
Indianapolis, IN 46229-1030

Retail Capital, LLC
1250 Kirts Blvd, Suite 100
Troy, MI 48084-4737


Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Sterling National Bank
1 Marcus Avenue
Lake Success, NY 11042-1137

Sterling National Bank
400 Rella Blvd
Montebello, NY 10901-4241


U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

Unifi Equipment Finance
3893 Research Park Dr.
Ann Arbor, MI 48108-2217

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Georgia Department of Revenue
1800 Century Blvd NE. Ste. 9100
Atlanta, Ga. 30345

(d)Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JB&B Capital, LLC

End of Label Matrix
Mailable recipients    53
Bypassed recipients     1
Total                  54

United States Bankruptcy Court
Northern District of Georgia

In re:                                                          Case No. 18-68814-wlh
EMBA Transportation, Inc.                                       Chapter 11
              Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9         User: jlc            Page 1 of 2         Date Rcvd: May 02, 2019
                            Form ID: pdf424       Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db           +EMBA Transportation, Inc.,   2420 Kinmor Industrial Parkway,   Conyers, GA 30012-3471
ust          +Daniel M. McDermott,   United States Trustee,   362 Richard Russsell Bldg Reg. 21,
              75 Ted Turner Drive, S.W.,  Atlanta, GA 30303-3315
cr           +Advantage Funding Commercial Capital Corporation,   c/o Thompson Hine LLP,
              3560 Lenox Road NE Ste 1600,  Atlanta, GA 30326-4274
cr            Commercial Credit Group, Inc.,   c/o David W. Cranshaw, Esq.,   Morris, Manning & Martin, LLP,
              3343 Peachtree Road, NE,  1600 Atlanta Financial Center,   Atlanta, GA 30326
21938932     +6th Avenue Capital,   420 Lexington Avenue 24th Floor,   New York, NY 10170-2403
21938934     +AIM Transportation Solutions,   1500 Trumbull Avenue,   Girard, OH 44420-3453
22282934      Advantage Funding Commercial Capital Corporation,   c/o Thompson Hine LLP,,
              Attn: Scott E. Prince,   3900 Key Center, 127 Public Square,  Cleveland, OH 44114
21966300     +Ariel Bouskila Esq,   5 Hanover Square, Suite 2102,   New York, NY 10004-2635
21938935     +Axon Development Corporation,   c/o The Company Corporation,   251 Little Falls Drive,
              Wilmington, DE 19808-1674
21938936     +Comdata,   5301 Maryland Way,   Brentwood, TN 37027-5028
21938937     +Commercial Credit Group,   Morris, Manning & Martin,   c/O Wendy Godfrey,
              3343 Peachtree Road N.E., Suite 1600,  Atlanta, GA 30326-2400
21938938     +Electronic Funds Source, LLC,   1104 Country Hills Drive Suite 700,   Ogden, UT 84403-2435
21969985     +Erik Schmucker,   213 Highland Est,   Commerce, GA 30529-1506
21969986     +Ervin Leasing, LLC,   c/o E. Duane Jones,   5302 Covington Highway,   Decatur, GA 30035-2023
21938939     +First Insurance Funding Corp,   450 Skokie Boulevard, Suite 1000,   Northbrook, IL 60062-7917
21938940     +Freight Factoring Specialists, LLC,   3284 N. 29th Ct.,  Hollywood, FL 33020-1320
22117574     +Funding Strategy Partners, LLC,   120 West 45th Street,   New York, NJ 10036-4195
21966301     +Funding Strategy Partners, LLC,   5 Hanover Square, Suite 2102,   New York, NY 10004-2635
21938941     +Help, Inc.,   510 Parkland Drive,   Sandy, UT 84070-6419
22154122     +JB&B Capital, LLC,   Duane Morris LLP c/o Ken Franklin,   1075 Peachtree Street NE, Ste 2000,
              Atlanta, GA 30309-3929
21938943     +JB&B Capital, LLC,   1111 Northshore Drive P-270,   Knoxville, TN 37919-2801
21956368     +Kash Capital,   c/o Jason Gang, Esq.,   No. 478,   1245 Hewlett Plaza,   Hewlett NY 11557-4000
22071311     +MHC Truck,   1600 N Corrington,   Kansas City, MO 64120-1946
21938944     +Murphy-Hoffman Company, Inc,   1524 North Corrington Street,   Kansas City, MO 64120-1944
21938945     +New State Capital Partners,   2001 Palmer Ave Suite 205,   Larchmont, NY 10538-2420
22117575     +New State Funding, LLC,   120 West 45th Street,   New York, NY 10036-4195
21938946     +Penske Truck Leasing,   Route 10 Green Hills,   PO Box 391,   Reading, PA 19603-0391
22028430      Penske Truck Leasing Co., L.P.,   PO Box 563,   Reading, PA 19603-0563
21938947     +Pilot Travel Centers, LLC,   The Corporation Trust Company,
              CORPORATION TRUST CENTER 1209 ORANGE ST,   Wilmington, DE 19801-1196
21938948     +Quality Leasing,   9702 East 30th Street,   Indianapolis, IN 46229-1030
22282906     #+Sterling National Bank,   1 Marcus Avenue,   Lake Success, NY 11042-1137
21938950     +Sterling National Bank,   400 Rella Blvd,   Montebello, NY 10901-4241
21938951     +Unifi Equipment Finance,   3893 Research Park Dr.,   Ann Arbor, MI 48108-2217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: acg.ebn@americaninfosource.com May 02 2019 22:23:15
              BMW Bank of North America,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
21995164     +E-mail/PDF: acg.ebn@americaninfosource.com May 02 2019 22:22:27
              BMW Financial Services NA, LLC,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
22109658     +E-mail/Text: srivera@jnacollect.com May 02 2019 22:19:04
              Berkshire Hathaway Homestate Companies,   c/o Jonathan Neil and Assoc. Inc.,   PO Box 7000,
              Tarzana CA 91357-7000
22088183     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2019 22:22:07
              Capital One Bank (USA), N.A.,   by American InfoSource as agent,   4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
21996266      E-mail/Text: brnotices@dor.ga.gov May 02 2019 22:18:26    Georgia Department of Revenue,
              1800 Century Blvd NE. Ste. 9100,   Atlanta, Ga. 30345
21969987      E-mail/Text: brnotices@dor.ga.gov May 02 2019 22:18:26    Georgia Department of Revenue,
              Bankruptcy Section,   P.O. Box 161108,  Atlanta, GA 30321-0000
22197359      E-mail/Text: brnotices@dor.ga.gov May 02 2019 22:18:26    Georgia Department of Revenue,
              1800 Century Center Blvd, Suite 15108,   Atlanta, GA 30345
21965364     +E-mail/Text: cio.bncmail@irs.gov May 02 2019 22:17:58    INTERNAL REVENUE SERVICE,
              P O BOX 7346,  2970 MARKET STREET,   PHILADELPHIA, PA. 19104-5002
21938949     +E-mail/Text: plamas@credibly.com May 02 2019 22:20:17    Retail Capital, LLC,
              1250 Kirts Blvd, Suite 100,   Troy, MI 48084-4737
21940784      E-mail/Text: usagan.bk@usdoj.gov May 02 2019 22:19:00    United States Attorney,
              Northern District of Georgia,   75 Ted Turner Drive SW, Suite 600,   Atlanta GA 30303-3309
                                                                                   TOTAL: 10

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 113E-9          User: jlc           Page 2 of 2          Date Rcvd: May 02, 2019
                             Form ID: pdf424       Total Noticed: 43
```

```
22117573*       +BMW Financial Services NA, LLC,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
21938942*        Internal Revenue Service,    CIO,   P.O. Box 7346,   Philadelphia, PA 19101-7346
22282907*       +Sterling National Bank,    1 Marcus Avenue,    Lake Success, NY 11042-1137
22282930*       +Sterling National Bank,    1 Marcus Avenue,    Lake Success, NY 11042-1137
22282931*       +Sterling National Bank,    1 Marcus Avenue,    Lake Success, NY 11042-1137
21938933        ##+800fund.com, LLC,   30 Broad St 28th Floor,    New York, NY 10004-2956
                                                              TOTALS: 0, * 5, ## 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
          Garrett A. Nail    on behalf of Creditor    Advantage Funding Commercial Capital Corporation
          kelly.thomas@thompsonhine.com;ECFDocket@Thompsonhine.com
          Germani Gabrielle Hunt    on behalf of Creditor    BMW Bank of North America
          germani@creditor-rights.com,  ga.ecf@creditor-rights.com
          Gwendolyn J Godfrey    on behalf of Creditor    Commercial Credit Group, Inc. ggodfrey@mmmlaw.com,
          dcassidy@mmmlaw.com
          Kenneth Bradley Franklin    on behalf of Creditor    JB&B Capital, LLC kbfranklin@duanemorris.com,
          jpwagner@duanemorris.com
          Thomas Wayne Dworschak    on behalf of U.S. Trustee Daniel M. McDermott
          thomas.w.dworschak@usdoj.gov,  lisa.maness@usdoj.gov;ltctommyd@aol.com
          Will B. Geer    on behalf of Debtor    EMBA Transportation, Inc. wgeer@wiggamgeer.com,
          willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com
                                                              TOTAL: 6
```